# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

In Re:   CHRISTOPHER DYKE

Debtor(s)

Case No.: 19-00309
Chapter 13
Hon.
Filed: January 26, 2019

## CHAPTER 13 PLAN

☐ Original Chapter 13 Plan ✔ Amendment no.: __1__  ( ✔ ) pre-confirmation (   )post-confirmation _____.

☐ Check this box if this plan deviates in any way from the model plan. **Specify the deviations in Section IV. P.**

NOW COME(S) CHRISTOPHER DYKE  the Debtor(s) by and through their attorney, David W. Garrett & Associates, P.C., and modify the Chapter 13 plan as authorized by 11 U.S.C. §1323. This case was filed on January 26, 2019. The plan has not yet been confirmed. This case has never been converted, dismissed, or reinstated. The Debtors modify the plan as follows:

"The plan payment will step-up by $100 when Rent-a-Center is paid off in December 2019."

In all other respects, the Chapter 13 plan remains the same.

Date:  4/4/19

_____
CHRISTOPHER DYKE, Debtor

Date:

_____
DAVID W. GARRETT, Counsel for the Debtor